IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K. KABASHA GRIFFIN-EL  a/k/a KEITH FEDELE GRIFFIN,  Plaintiff, | : : : : : | CIVIL ACTION |
| v. | : : : | |
| JEFFREY A. BEARD, et al.,  Defendants. | : : | NO. 06-2719 |

## ORDER

**AND NOW**, this 29th day of April, 2009, upon consideration of Plaintiff's Motion for Reconsideration of paragraph 4 of the Court's prior order dated 3/16/09 and attached memorandum of law (Doc. No. 78), Defendants' Response in opposition thereto (Doc. No. 82), and Plaintiff's Reply (Doc. No. 83), it is hereby **ORDERED** that:

1. Paragraph 4 of the Court's prior order dated 3/16/09 (Doc. No. 76) is hereby **VACATED.**

2. Wendy Moyer and Kim Ulisny are proper Defendants in this action.

3. Wendy Moyer and Kim Ulisny **MUST** file an Answer to the Second Amended Complaint within ten (10) days.

4. Wendy Moyer and Kim Ulisny **MUST** respond to Plaintiff's discovery requests.

5. All other paragraphs contained in the Court's prior order dated 3/16/09 (Doc. No. 76) remain in force in their entirety.

BY THE COURT:

<u>/s/ L. Felipe Restrepo</u>
L. Felipe Restrepo
United States Magistrate Judge