IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K. KABASHA GRIFFIN-EL a/k/a KEITH FEDELE GRIFFIN, Plaintiff, | : : : : : | CIVIL ACTION |
| v. | : : : | |
| JEFFREY A. BEARD, et al., Defendants. | : : | NO.  06-2719 |

## ORDER

**AND NOW**, this 4th day of September, 2009, having considered Defendants' Motion to Disqualify Plaintiff's Counsel and supporting Memorandum of Law (Doc. No. 115); the Declaration of Defendant John Moyer; Plaintiff's Response in Opposition to Defendants' Motion (Doc. No. 126); the Declarations of attorneys Michael Puma, Esquire, Larry L. Turner, Esquire Sean W. Sloan, Esquire, and W. John Lee, Esquire; Defendants' Reply (Doc. No. 128); Plaintiff's Letter Brief in response (Doc. No. 130); defense counsel's response via e-mail; and Plaintiff's further response via e-mail (both attached to Doc. No. 130); it is hereby **ORDERED** that Defendants' Motion to Disqualify is **DENIED**.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States Magistrate Judge