IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K. KABASHA GRIFFIN-EL<br>a/k/a KEITH FEDELE GRIFFIN,<br>Plaintiff, | : <br>: <br>: <br>: | CIVIL ACTION |
| v. | : <br>: | |
| JEFFREY A. BEARD, et al.,<br>Defendants. | : <br>: | NO. 06-2719 |

### ORDER

**AND NOW**, this 5th day of October, 2009, upon consideration of the Motion of Defendants, William Banta, Robert Bitner, Francis Field, Gerald Galinski, and Guy Smith, to Dismiss Plaintiff's Second Amended Complaint (Doc. 124), and plaintiff's opposition thereto, for the reasons explained in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

BY THE COURT:

_L. F. Restrepo_
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE