IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K. KABASHA GRIFFIN-EL<br>a/k/a KEITH FEDELE GRIFFIN,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| JEFFREY A. BEARD, et al.,<br>Defendants. | : | NO. 06-2719 |

**O R D E R**

**AND NOW**, this 30th day of April, 2010, upon consideration of the Motion of Defendants, William Banta, Jeffrey A. Beard, Robert Bitner, Mary Canino, David DiGuglielmo, Thomas Dohman, Jason Dombrosky, William Fairall, Francis Field, Gerald Galinski, Michael Lorenzo, Jaime Luquis, John W. Moyer, Sylvia Pallott, Ronald Quick, Thomas Scarpati, John S. Shaffer, Wendy Shaylor, Guy Smith, Earl E. Thomas, Kim Ulisny, and Donald T. Vaughn, for Summary Judgment pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, and plaintiff's opposition thereto, for the reasons explained in the accompanying Memorandum, it is hereby **ORDERED** that:

      1. Defendants' Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**;

      2. Defendants' Motion is **GRANTED** with respect to plaintiff's First Amendment access-to-courts claims, Fourteenth Amendment due process claims, and Fourth Amendment claims, and with respect to plaintiff's request for declaratory judgment; these claims are **DISMISSED WITH PREJUDICE**;

3. Defendants' Motion is **GRANTED** with respect to plaintiff's claims against defendants Beard, Fairall, and Shaffer, for lack of the required personal involvement under 42 U.S.C. § 1983; these claims are **DISMISSED WITH PREJUDICE**.

4. Defendants' Motion is **DENIED** with respect to plaintiff's First Amendment retaliation claims;

5. Plaintiff's claims against defendants, Vaughn, Luquis, Ulisny, and Gerald Sobotor are **DISMISSED**, for reasons explained in the accompanying Memorandum.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE