IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| K. KABASHA GRIFFIN-EL | : | CIVIL ACTION |
| a/k/a KEITH FEDELE GRIFFIN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY A. BEARD, et al., | : | |
| Defendants. | : | NO.  06-2719 |

## ORDER

L. FELIPE RESTREPO                                                      JANUARY 22, 2013
UNITED STATES MAGISTRATE JUDGE


AND NOW, this 22nd day of January, 2013, upon consideration of the defendants' Motion

for Summary Judgment, attached Statement of Undisputed Facts, and Appendix (Docs #192,

193), the plaintiff's Response in Opposition, attached Statement of Undisputed Facts, and

Supplemental Appendix (Docs. # 196, 197), and defendants' Reply Brief and Response to

Plaintiff's Statement of Undisputed Facts (Docs. # 198, 199), it is hereby ORDERED that


1.  Defendant Moyer's motion for summary judgment is DENIED;

2.  Defendant Canino's motion for summary judgment is GRANTED, and judgment is
entered in favor of defendant Canino and against plaintiff;

3.  Defendant Galinski's motion for summary judgment is GRANTED, and judgment is
entered in favor of defendant Galinski and against plaintiff;

4.  Defendant DiGuglielmo's motion for summary judgment is GRANTED, and judgment
is entered in favor of defendant DiGuglielmo and against plaintiff;

5.  Defendant Scarpati's motion for summary judgment is GRANTED, and judgment is
entered in favor of defendant Scarpati and against plaintiff;

6.  Defendant Thomas' motion for summary judgment is GRANTED, and judgment is entered in favor of defendant Thomas and against plaintiff;

7. Defendant Dombrosky's motion for summary judgment is GRANTED, and judgment is entered in favor of defendant Dombrosky and against plaintiff;

8. Defendant Lorenzo's motion for summary judgment is GRANTED, and judgment is entered in favor of defendant Lorenzo and against plaintiff;

9.  Defendant Dohman's motion for summary judgment is GRANTED, and judgment is entered in favor of defendant Dohman and against plaintiff;

10.  Defendant Shaylor's motion for summary judgment is GRANTED, and judgment is entered in favor of defendant Shaylor and against plaintiff;

11.  Counsel for plaintiff and defendant Moyer are directed to call the court on January 31st at 11:30 a.m. to discuss a trial date.  Plaintiff's counsel shall coordinate the call.


BY THE COURT:


      /s/ **L. Felipe Restrepo**      
L. Felipe Restrepo
United States Magistrate Judge